**SCHEY & SCHEY**
Walter M. Schey, SBN 32726
Martin H. Schey, SBN 192426
One Embarcadero Center, Ste. 1020
San Francisco, CA 94111
Tel: (415) 956-1200
Fax: (415) 956-5011
wmschey@att.net

Attorneys for Plaintiff
Putzmeister America, Inc.

UNJITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PUTZMEISTER AMERICA, INC., | ) Civil No.: _____ |
| Plaintiff, | ) |
| v. | ) **COMPLAINT FOR PATENT** |
| | ) **INFRINGEMENT** |
| CONCORD CONCRETE PUMPS | ) **JURY TRIAL DEMANDED** |
| INTERNATIONAL LTD, | ) |
| Defendant | ) |
| | ) |

**COMPLAINT**

Plaintiff, Putzmeister America, Inc. ("Putzmeister"), for its Complaint against Defendant

Concord Concrete Pumps International LTD ("Concord") alleges as follows:

**JURISDICTION AND VENUE**

1.     This is an action for patent infringement under the patent laws of the United States, 35

U.S.C. § 1 *et seq.*, and particularly 35 U.S.C. § 271.

2.     This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

_____

**COMLAINT FOR PATENT INFRINGEMENT**

-1-

3.     This Court has specific jurisdiction over Concord by reason of its tortious infringing activity in this District and general jurisdiction over Concord because of its continuous and systematic contacts with California, and as further alleged herein.  On information and belief, Concord and its agents regularly transact and solicit business in California by, among other things, selling or offering to sell detachable concrete pumping blooms, and/or derive substantial revenue from sales in California such that the maintenance of personal jurisdiction does not offend traditional notions of fair play and substantial justice.

4.     Venue in the United States District Court for the Eastern District of California is proper pursuant to 28 U.S.C. § 1391(b) and (c).

## THE PARTIES

5.     Plaintiff Putzmeister is a corporation organized under the laws of the state of Delaware having a principal place of business at 1733 90th Street, Sturtevant, WI 53177.

6.     Upon information and belief, Defendant Concord is a corporation organized under the laws of the province of British Columbia, Canada having a principal place of business at 1608 Broadway St., Port Coquitlam, British Columbia V3C 2M8, Canada.

## INFRINGEMENT OF U.S. PATENT NO.  6,675, 882

7.     Putzmeister incorporates and re-alleges paragraphs 1 through 6.

8.     On January 13, 2004 U.S. Patent Number 6,675,822 entitled "CONCRETE DISTRIBUTING BOOM FOR CONCRETE PUMPS" ("the '822 patent") was issued by the United States Patent and Trademark Office.  A true and correct copy of the '822 patent is attached hereto as **Exhibit A.**

_____

**COMLAINT FOR PATENT INFRINGEMENT**

-2-

9. Putzmeister is the owner by assignment of the entire right, title and interest in and to the '822 patent with the right to sue for past, present and future infringement of the '822 patent.

10. Concord has infringed the '822 patent by manufacturing, offering for sale and selling concrete pumping blooms embodying the patented invention. At least, Concord's models CCP-30-PB, CCP-32-PB, CCP-36-PB and CCP-38-PB, which are shown on page 19 of Concord's 2015 Catalog, infringe every claim of the subject '822 patent. The Catalog cover page and Page 19 are attached hereto as **Exhibit B**.

11. Putzmeister has been damaged by Concord's infringement of the '822 patent, and will continue to be damaged by that infringement unless enjoined by this Court.

12. Concord was notified in writing of Putzmeister's rights under the '822 patent by letter dated February 13, 2004, a true copy of which is attached as **Exhibit C**, as well as by the Notice of Putzmeister's patent that has been posted on Putzmeister's concrete pumping products since well prior to Concord's acts of infringement. Accordingly, Concord has had actual knowledge of the full contents of the '822 patent, and its prior and continuing infringement of the '822 patent was and is willful and deliberate.

## **PRAYER FOR RELIEF**

**WHEREFORE**, Putzmeister prays for the following relief:

A. That Concord, its officers, agents, services, employees and attorneys, and all persons in active concert or participation with them be found to have infringed the valid U.S. Patent No. 6,675, 822, and be enjoined, preliminarily and permanently, from making, using, selling, offering for sale or importing into the United States products which infringe the said patent;

---

B.      That Putzmeister be compensated by Concord for lost sales and all other damages

caused by Concord's infringement, in an amount to be determined by an accounting, but not less than

a reasonable royalty, plus interest;

C.      That the award of damages for infringement of the said patent be trebled as provided

for by 35 U.S.C. § 284 for willful infringement by Concord;

D.      That Putzmeister be awarded its costs and attorneys' fees incurred in prosecuting this

exceptional case, as provided for by 35 U.S.C. § 285, plus interest;

E.      That Putzmeister be awarded such other relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff Putzmeister demands a jury trial on all issues so triable.

Dated:  December 14, 2015

                                        SCHEY & SCHEY
                                           /s/ Walter M. Schey
                                        By: _____
                                            Walter M. Schey
                                        Attorneys for Plaintiff
                                        Putzmeister America, Inc.

                                        *Of Counsel:*
                                        Aaron T. Olejniczak
                                        (Wisconsin Bar No. 1034997)
                                        aarono@andruslaw.com
                                        George H. Solveson
                                        (Wisconsin Bar No. 1010395
                                        georges@andruslaw.com
                                        Ryann H. Beck
                                        (Wisconsin Bar No. 1079309)
                                        rbeck@andruslaw.com
                                        Andrus Intellectual Property Law, LLP
                                        100 East Wisconsin Avenue, Suite 1100
                                        Milwaukee, WI 53202
                                        (414) 271-7590

_____

**COMLAINT FOR PATENT INFRINGEMENT**

-4-