**SCHEY & SCHEY**
Walter M. Schey, SBN 32726
One Embarcadero Center, Ste. 1020
San Francisco, CA 94111
Tel: (415) 956-1200
Fax: (415) 956-5011
wmschey@att.net

Attorneys for Plaintiff
Putzmeister America, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PUTZMEISTER AMERICA, INC., <br><br>　　　　　　Plaintiff, <br><br>　　　v. <br><br> CONCORD CONCRETE PUMPS INTERNATIONAL LTD, <br><br>　　　　　　Defendant | Case No. **2:15-CV-02580-JAM-CKD** <br><br> **STIPULATION OF DISMISSAL;** <br> <u>**ORDER**</u> |

　　　WHEREAS, the parties have entered into a Settlement Agreement resolving the issues in this case;

　　　NOW, THEREFORE, it is hereby stipulated and agreed by and among the parties in this action, through their respective undersigned attorneys, that the above-captioned action be dismissed with prejudice and that the Court may enter judgment herein dismissing the above-captioned action without costs or attorneys' fees to either of the parties and without further notice to the parties or their respective attorneys.

_____
**STIPULATION OF DISMISSAL; ORDER**

-1-

Dated: June 1, 2016

          SCHEY & SCHEY

          By: _____
           Walter M. Schey
          Attorneys for Plaintiff
          Putzmeister America, Inc.


          KNOBBE, MARTENS, OLSON & BEAR, LLP

          By: _____
           Frederick S. Berretta
          Attorneys for Defendant
          Concord Concrete Pumps
          International LTD


SO ORDERED:

DATED:  6/1/2016

          /s/ John A. Mendez_____
          John A. Mendez
          United States District Court Judge

---

**STIPULATION OF DISMISSAL; ORDER**